# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONNA KILGALLON,

          Petitioner

          v.

WORKER'S COMPENSATION APPEAL
BOARD (VILLAGE AT PALMERTON
ASSISTED LIVING),

          Respondents

:  No. 524 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.